Edward D. Magauran   5888
Attorney at Law
1188 Bishop Street, Suite 2610
Honolulu, Hawai'i 96813
808-585-1000
edmhnl@gmail.com
Withdrawing Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) | CASE NO. 17-00135 |
|---|---|---|
| | ) | (Chapter 7) |
| Larry Vincent Ikei, | ) | |
| | ) | Date: April 3, 2017 |
| Debtor. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. ROBERT J. FARIS |
| | ) | |

# EDWARD D. MAGAURAN'S MOTION TO WITHDRAW AS COUNSEL FOR CHAPTER 7 DEBTOR LARRY VINCENT IKEI

Edward D. Magauran ("EDM") hereby moves for an order of the Court allowing EDM to withdraw as counsel for Larry Vincent Ikei, a Chapter 7 Debtor, on the grounds set forth in the Declaration of Edward D. Magauran in Support of the Motion.

This Motion is based on 1.16 of the Hawaii Rules of Professional Conduct,

the Declaration of Edward D. Magauran, and the files and pleadings of this case.

Dated:   Honolulu, Hawaii February 27, 2017.


 /s/ EDWARD D. MAGAURAN
EDWARD D. MAGAURAN
Withdrawing Counsel for Debtor

Edward D. Magauran   5888
Attorney at Law
1188 Bishop Street, Suite 2610
Honolulu, Hawai'i 96813
808-585-1000
edmhnl@gmail.com
Withdrawing Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) CASE NO. 17-00135 |
| | ) (Chapter 7) |
| Larry Vincent Ikei, | ) |
| | ) Judge: Hon. ROBERT J. FARIS |
| Debtor. | ) |

## DECLARATION OF EDWARD D. MAGAURAN

I, Edward D. Magauran, hereby declare as follows:

1. I am an attorney licensed to appear before the United States Bankruptcy Court for the District of Hawaii, and hereby submit this Declaration in support of EDWARD D. MAGAURAN'S MOTION TO WITHDRAW AS COUNSEL FOR CHAPTER 7 DEBTOR LARRY VINCENT IKEI ("Debtor").

2. On February 13, 2017 the Debtor filed, through current Counsel, her petition for relief under Chapter 7.

3. There are two no motions currently pending.

4. There is currently a meeting of creditors scheduled in this case for 03/16/2017 at 10:00 AM which counsel will attend with the Debtor.

5. I seek to withdraw and terminate the representation pursuant to Rules 1.16(b),

of the Hawaii Rules of Professional Conduct and withdrawal can be accomplished without material adverse effect on Debtor's interests.

6. As an individual debtor, the Debtor can represent himself *pro se*.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 27th day of February 2017.

/s/ Edward D. Magauran<br>Edward D. Magauran